JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN MICHAEL TORRES, an individual; and WILLIAM HOOPER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KECK MEDICAL CENTER OF USC, (FORMERLY KNOWN AS) USC UNIVERSITY HOSPITAL, a Delaware Corporation<br><br>Defendant. | Case No.  CV12-09199-GW (FMOx)<br><br>[Assigned to George H. Wu, Ctrm. 10]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>[Filed concurrently with Stipulation for Dismissal]<br><br>Complaint Served: January 22, 2013<br>Trial Date: March 11, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Based upon the concurrently filed Stipulation for Dismissal with Prejudice,
2  and finding good cause therefor, it is hereby ORDERED that:
3  The Stipulation for Dismissal is GRANTED, and this entire action is hereby
4  DISMISSED with prejudice.

DATED: July 3, 2013

_____
Honorable George H. Wu
United States District Judge